UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRANDALL TECHNOLOGIES LLC,<br><br>            Plaintiff(s),<br><br>   v.<br><br>MEDTRONIC, INC. and MEDTRONIC MONITORING, INC.,<br><br>            Defendant(s). | Case No: 3:17-cv-03664-JCS<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

    I, Richard Tone McCaulley, Jr., an active member in good standing of the bar of the State of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendants in the above-entitled action. My local co-counsel in this case is James L. Davis, Jr., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 191 North Wacker Drive, 32nd Floor<br>Chicago, IL 60606-4302 | 1900 University Avenue, 6th Floor<br>East Palo Alto, CA 94303-4000 |
| My Telephone # of Record:<br>(312) 845-1200 | Local Co-Counsel's Telephone # of Record:<br>(650) 617-4000 |
| My Email Address of Record:<br>richard.mccaulley@ropesgray.com | Local Co-Counsel's Email Address of Record:<br>james.l.davis@ropesgray.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6225586.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 07/19/17                                              Richard Tone McCaulley, Jr.
                                                                       APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of Richard Tone McCaulley, Jr. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/14/2017                                     *Haywood S. Gilliam, Jr.*
                                                   UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
7/17/2017

Re: Richard T. McCaulley
Attorney No. 6225586

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Richard T. McCaulley was admitted to practice law in Illinois on 11/10/1994; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____

Andrew Oliva
Registrar