UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRANDALL TECHNOLOGIES LLC, <br><br> Plaintiff, <br><br> v. <br><br> MEDTRONIC, INC.,, et al., <br><br> Defendants. | Case No.17-cv-03664-HSG <br><br> **ORDER GRANTING STIPULATION TO EXTEND DEADLINES** <br><br> Re: Dkt. No. 52 |

Having considered the parties' Stipulated Request and Proposed Order Extending All Deadlines, Dkt. No. 52, the Court hereby **EXTENDS** the following deadlines under Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| EVENT | DATE |
|---|---|
| Invalidity Contentions by Defendants (Patent L.R. 3-3 and 3-4) | February 2, 2018 |
| Deadline to complete Mediation | January 26, 2018 |
| Exchange of Proposed Terms for Claim Construction (Patent L.R. 4-1) | February 16, 2018 |
| Amendment of Pleadings / Joinder | February 16, 2018 |
| Exchange of Preliminary Constructions and Extrinsic Evidence (Patent L.R. 4-2) | March 2, 2018 |
| Damages Contentions by Plaintiff (Patent L.R. 3-8) | March 16, 2018 |
| Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | March 30, 2018 |
| Responsive Damages Contentions by Defendants (Patent L.R. 3-9) | April 13, 2018 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | May 4, 2018 |
| Opening Claim Construction Brief by Plaintiff (Patent L.R. 4-5(a)) | May 18, 2018 |
| Responsive Claim Construction Brief by Defendants (Patent L.R. 4-5(b)) | June 1, 2018 |
| Reply Claim Construction Brief By Plaintiff (Patent L.R. 4-5(c)) | June 8, 2018 |

//

//

| Claim Construction Tutorial (Patent L.R. 4-6; Standing Order for Patent Cases) | At the Court's convenience on or after June 15, 2018 |
|---|---|
| Claim Construction Hearing (Patent L.R. 4-6; Standing Order for Patent Cases) | At the Court's convenience on or after June 15, 2018 |

**IT IS SO ORDERED.**

Dated: 12/12/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge