| | |
|---|---|
| James L. Davis, Jr. (CSB # 304830)<br>james.l.davis@ropesgray.com<br>ROPES & GRAY LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, California 94303-2284<br>Telephone: (650) 617-4000<br>Facsimile: (650) 617-4090 | Jerry A. Crandall (CSB # 250192)<br>jac@crandalltech.com<br>CRANDALL TECHNOLOGIES LLC<br>1590 Heavenly View Trail<br>Reno, Nevada 89523<br>Telephone: (775) 525-8777<br>Facsimile: (775) 501-5157 |
| Richard T. McCaulley, Jr. (*pro hac vice*)<br>richard.mccaulley@ropesgray.com<br>ROPES & GRAY LLP<br>191 North Wacker Drive, 32nd Floor<br>Chicago, IL 60606-4302<br>Telephone:  (312) 845-1200<br>Facsimile:  (312) 845-5500 | *Attorney for Plaintiff*<br>*CRANDALL TECHNOLOGIES LLC* |

*Attorneys for Defendants*
*MEDTRONIC, INC. and*
*MEDTRONIC MONITORING, INC.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CRANDALL TECHNOLOGIES LLC, a Nevada limited liability company,<br><br>        Plaintiff,<br><br>        v.<br><br>MEDTRONIC, INC., a Minnesota corporation; and MEDTRONIC MONITORING, INC., a Delaware corporation,<br><br>        Defendants. | Case No. 4:17-cv-03664-HSG (SK)<br><br>**STIPULATED REQUEST TO STAY ALL DEADLINES**<br><br>Judge:        Hon. Haywood S. Gilliam, Jr.<br>Courtroom:  2, 4th Floor |

Pursuant to Civil Local Rule 6-2, Plaintiff CRANDALL TECHNOLOGIES LLC ("Crandall") and Defendants MEDTRONIC, INC. and MEDTRONIC MONITORING, INC. ("Defendants") (collectively referred to herein as the "parties") by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Parties participated in a mediation on January 24, 2018;

WHEREAS, the parties are in active settlement discussions;

WHEREAS, on October 4, 2017, the Court set case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10 [ECF No. 41];

WHEREAS, on December 12, 2017, the Court, having considered the parties' Stipulated Request and Proposed Order Extending All Deadlines [ECF No. 52], extended all case deadlines by sixty (60) days [ECF No. 60];

WHEREAS, the parties jointly request that the Court not rule on any pending motions and stay all remaining deadlines for a period of thirty (30) days; and

WHEREAS, the present motion is not for the purpose of delay, but for good cause, to allow the parties to participate in settlement discussions.

NOW THEREFORE, the parties respectfully request that the Court stay all remaining deadlines for a period of thirty (30) days.

IT IS SO STIPULATED.

Dated this 24th day of January, 2018.

Respectfully submitted,

By: */s/ Jerry A. Crandall*
Jerry A. Crandall (CSB # 250192)
jac@crandalltech.com
CRANDALL TECHNOLOGIES LLC
1590 Heavenly View Trail
Reno, Nevada 89523
Telephone: (775) 525-8777
Facsimile: (775) 501-5157

*Attorney for Plaintiff*
CRANDALL TECHNOLOGIES LLC

By: */s/ James L. Davis, Jr.*
James L. Davis, Jr. (CSB # 304830)
james.l.davis@ropesgray.com
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, California 94303-2284
Telephone: (650) 617-4000
Facsimile: (650) 617-4090

Richard T. McCaulley, Jr. (*pro hac vice*)
richard.mccaulley@ropesgray.com
ROPES & GRAY LLP
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Telephone: (312) 845-1200
Facsimile: (312) 845-5500

*Attorneys for Defendants*
MEDTRONIC, INC. and
MEDTRONIC MONITORING, INC.

**FILER'S ATTESTATION**

I, James L. Davis, Jr., am the ECF User whose identification and password are being used to file this STIPULATED REQUEST TO STAY ALL DEADLINES. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that counsel for Plaintiff/Counter-defendant concurs in this filing.

Dated: January 24, 2018             By:   */s/ James L. Davis, Jr.*
                                           James l. Davis, Jr.

**CERTIFICATE OF SERVICE**

The undersigned certifies that on January 24, 2018, the foregoing STIPULATED REQUEST TO STAY ALL DEADLINES and all supporting documents were filed and served on all counsel of record electronically using the CM/ECF system in compliance with Civil Local Rule 5-1.

*/s/ James L. Davis, Jr.*
James L. Davis, Jr.