# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| CRANDALL TECHNOLOGIES LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MEDTRONIC, INC., a Minnesota corporation; and MEDTRONIC MONITORING, INC., a Delaware corporation,<br><br>Defendants. | Case No. 4:17-cv-03664-HSG<br><br>**ORDER STAYING ALL DEADLINES**<br><br>**Hon. Haywood S. Gilliam, Jr.** |

Having considered the parties' Stipulated Request and [Proposed] Order Staying All Deadlines, the Court hereby stays all case deadlines and will not rule on any pending motions in this matter for a period of thirty (30) days from the date of this order.

**IT IS SO ORDERED.**

Dated: January 26, 2018

_____
**HAYWOOD S. GILLIAM, JR.**
**UNITED STATES DISTRICT JUDGE**