# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CRANDALL TECHNOLOGIES LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MEDTRONIC, INC., a Minnesota corporation; and MEDTRONIC MONITORING, INC., a Delaware corporation,<br><br>Defendants. | Case No. 4:17-cv-03664-HSG<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**Hon. Haywood S. Gilliam, Jr.** |

CAME ON THIS DAY for consideration of the Stipulated Motion for and Proposed Order of Dismissal With Prejudice of all claims asserted and otherwise existing between Plaintiff Crandall Technologies LLC and Defendants Medtronic, Inc. and Medtronic Monitoring, Inc. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims in this action between Plaintiff Crandall Technologies LLC and Defendants Medtronic, Inc. and Medtronic Monitoring, Inc. are hereby dismissed with prejudice.

It is further ORDERED that all attorney fees, expenses and costs are to be borne by the party that incurred them.

It is further ORDERED that all unresolved pending motions in this action between these parties be denied as moot.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 13, 2018

_____
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE